# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **TONYIA WILSON MOORE**, <br><br> Plaintiff, <br><br> v. <br><br> **TREATMENT CENTERS OF AMERICA GROUP, LLC d/b/a Treatment Center of Valdosta, and VALDOSTA ADDICTION ASSOCIATES, INC. d/b/a Treatment Center of Valdosta**, <br><br> Defendants. | Civil Action No. 7:12-CV-22 (HL) |

### ORDER

Plaintiff initially filed this Title VII action *pro se* against Treatment Center of Valdosta and Akisha Fedd. On February 9, 2012, Plaintiff was granted permission to proceed *in forma pauperis*. As part of the Court's review of the complaint under 28 U.S.C. § 1915, Fedd was dismissed as a defendant. However, service was ordered on Treatment Center of Valdosta.

Plaintiff has now retained counsel and has amended her complaint to name Treatment Centers of America Group, LLC d/b/a Treatment Center of Valdosta and Valdosta Addiction Associates, Inc. d/b/a Treatment Center of Valdosta as the proper defendants.

As Plaintiff is proceeding IFP in this case, the Court directs the United States Marshal to serve process on Treatment Centers of America Group, LLC d/b/a Treatment Center of Valdosta and Valdosta Addiction Associates, Inc. d/b/a Treatment Center of Valdosta. 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed.R.Civ.P. 4(c)(3) (requiring courts to order that service be effected by the United States Marshal or other specially appointed person if the plaintiff is authorized to proceed IFP under 28 U.S.C. § 1915).

**SO ORDERED**, this the 17th day of April, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

As Plaintiff is proceeding IFP in this case, the Court directs the United States Marshal to serve process on Treatment Centers of America Group, LLC d/b/a Treatment Center of Valdosta and Valdosta Addiction Associates, Inc. d/b/a Treatment Center of Valdosta. 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed.R.Civ.P. 4(c)(3) (requiring courts to order that service be effected by the United States Marshal or other specially appointed person if the plaintiff is authorized to proceed IFP under 28 U.S.C. § 1915).

**SO ORDERED**, this the 17th day of April, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh