# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**TONYIA WILSON MOORE**,

    Plaintiff,

v.

**TREATMENT CENTERS OF AMERICA GROUP, LLC d/b/a Treatment Center of Valdosta, and VALDOSTA ADDICTION ASSOCIATES, INC. d/b/a Treatment Center of Valdosta**,

    Defendants.

Civil Action No. 7:12-CV-22 (HL)

## ORDER

On August 20, 2013, the Court entered two orders with respect to depositions in this case. The first ordered defense counsel to file the deposition of Akisha Fedd. The second ordered defense counsel to file the deposition exhibits from Plaintiff's deposition. Defendants rely on both depositions in support of their pending motion for summary judgment.

While the deposition of Ms. Fedd was timely filed, the exhibits to her deposition were not. As for Plaintiff's deposition, the purported exhibits that were filed are just blank pages from someone's email. They do not contain any substantive content.

The Court cannot properly consider the pending motion without this information.

Thus, counsel is ordered to file the exhibits to Ms. Fedd's deposition and is again ordered to file the exhibits to Plaintiff's deposition. These documents must be filed no later than 5:00 p.m. today, August 21, 2013. The Court trusts that it will not be necessary to issue any further orders regarding this matter.

**SO ORDERED**, this the 21st day of August, 2013.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

mbh