# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**TONYIA WILSON MOORE**,

    Plaintiff,

v.

**TREATMENT CENTERS OF AMERICA GROUP, LLC** d/b/a Treatment Center of Valdosta, and **VALDOSTA ADDICTION ASSOCIATES, INC.** d/b/a Treatment Center of Valdosta,

    Defendants.

Civil Action No. 7:12-CV-22 (HL)

## ORDER

Counsel for Defendants is hereby directed to appear on August 26, 2013 at 9:00 a.m., at the Federal Courthouse in Valdosta, Georgia, and show cause why sanctions should not be imposed for failure to fully comply with the Court's order entered on August 21, 2013. Counsel was specifically ordered to file the deposition exhibits from Akisha Fedd's deposition but failed to do so.

**SO ORDERED**, this the 22nd day of August, 2013.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh